# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 22, 2013

## NO. 03-12-00046-CV

**Lori L. Legere, Appellant**

**v.**

**David Legere, Appellee**

## APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES PURYEAR, PEMBERTON AND GOODWIN
## AFFIRMED ON MOTION FOR REHEARING --
## OPINION BY JUSTICE PEMBERTON

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, because it is the opinion of this Court that there was no error in the district court's judgment: **IT IS THEREFORE** considered, adjudged and ordered that the appellant's motion for rehearing is overruled; that the appellee's motion to reconsider order and for sanctions is overruled; that the opinion and judgment dated August 29, 2012, are withdrawn; and that the judgment of the district court is in all things affirmed. It is **FURTHER** ordered that the appellant pay all costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.